UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEANDER ROBINSON,

    Plaintiff,

Case No. 18-cv-13263
Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**, Defendant's Amended Motion for Summary Judgment is **DENIED**, and this action is **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: December 9, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 9, 2019, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764